**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sterling Lee DREW, a/k/a Sterile Drew, a/k/a Sterl, Defendant–Appellant.**

No. 12–7781.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

---

Sterling Lee Drew, Appellant Pro Se. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina; Thomas A. O'Malley, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sterling Lee Drew appeals the district court's order denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Drew*, No. 5:06–cr–00022–RLVCH–9 (W.D.N.C. Sept. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*